# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| STACEY LITTLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:19-cv-00187 |
| | ) | |
| LYFT and YORK RISK, INS., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 14), which was filed on August 29, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant Lyft's Motion to Dismiss (Doc. No. 7) be granted, and that Plaintiff's Motion for Permission to Amend Complaint (Doc. No. 11) be denied. The Magistrate Judge further recommends that Defendant York Risk Insurance be dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, and that this lawsuit be dismissed without prejudice. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant Lyft's Motion to Dismiss (Doc. No. 7) is **GRANTED**, and Defendant Lyft is **DISMISSED** from this lawsuit, with prejudice. Defendant York Risk Insurance is **DISMISSED** from this lawsuit, without prejudice. Plaintiff's Motion for Permission to Amend Complaint (Doc. No. 11) is **DENIED**, and this lawsuit is **DISMISSED**, without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE